AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

**FILED**

JUN - 5 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

FILEMON PEREZ-AMAYA

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR 1852 - JLS

    I, FILEMON PEREZ-AMAYA, the above named defendant, who is accused of committing the following offense:

    Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___6/5/08___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_x Filemon Perez A._
Defendant

_____
Counsel for Defendant

Before _____
    Judicial Officer